```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         May 18, 2015

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:      PMC        DEPUTY
```

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EUTIQUIO ACEVEDO MENDEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF GARDENA, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-COMPLAINT | CASE NO. 2:13-cv-09042-SVW-AJW <br><br> [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF ALL CLAIMS OF ALL PARTIES <br><br> The Hon. Stephen V. Wilson <br> Courtroom 6 <br><br> Action Filed:  December 6, 2013 <br> OSC re: Dismissal:  May 8, 2015 |

Having considered the Stipulation by and between Plaintiffs, EUTIQUIO ACEVEDO MENDEZ, ESTATE OF RICARDO DIAZ-ZEFERINO, JUAN JESUS DIAZ, BONIFACIA M. ZEFERINO; Defendants and Cross-Complainants, THE CITY OF GARDENA, GARDENA POLICE DEPARTMENT, CHIEF EDWARD MEDRANO, SGT. CHRISTOPHER CALVIN CUFF, CHRISTOPHER ANTHONY MENDEZ, CHRISTOPHER ANDREW SANDERSON and MATTHEW STEVEN-FONG TODA (hereinafter "Defendants/Cross-Complainants"); and Cross-Defendant SOUTH BAY REGIONAL PUBLIC COMMUNICATIONS AUTHORITY (hereinafter "Cross-Defendant") by and through their respective attorneys of record that this case be dismissed, with

prejudice, in its entirety from the Complaint filed by Plaintiffs on December 6, 2013, and the Cross-Complaint filed by Defendants/Cross-Complainants on August 29, 2014:

THE COURT HEREBY FINDS as follows:

1. All Parties have agreed to settle all claims; and

2. This dismissal, with prejudice, by the parties constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation.

**IT IS SO ORDERED.**

Dated: May 18, 2015

By:_____
Stephen V. Wilson, United States District Judge, Central District of California