# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| # | Field | Value |
|---|---|---|
| 1 | NAME | Rochelle L. Wilcox |
| 2 | PHONE NUMBER | 213-633-6800 |
| 3 | DATE | July 13, 2015 |
| 4 | FIRM NAME | DAVIS WRIGHT TREMAINE LLP |
| 5 | E-MAIL ADDRESS | rochellewilcox@dwt.com |
| 6 | MAILING ADDRESS | 865 South Figueroa Street, Suite 2400 |
| 7 | CITY | Los Angeles |
| 8 | STATE | CA |
| 9 | ZIP CODE | 90017 |
| 10 | CASE NUMBER | CV 13-09042 SVW (AJWx) |
| 11 | CASE NAME | Mendez, et al. v. City of Gardena, et al. |
| 12 | JUDGE | Stephen V. Wilson |

13. APPEAL CASE NUMBER:
14. ORDER FOR: ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| July 13, 2015 | Deborah Gackle | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☒ OTHER (PLEASE SPECIFY): Motion Requesting Unsealing Summary… |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☒ |
| 14 DAYS | ☐ | PDF FORMAT | ☒ |
| 7 DAYS | ☒ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:      Day:      Year:
Transcript payment arrangements were made with:

17. DATE: July 13, 2015
18. SIGNATURE: [signature]

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month:      Day:      Year:

G-120 (09/12)

American LegalNet, Inc.
www.FormsWorkFlow.com