1  Mildred K. O'Linn (State Bar No. 159055)
   Scott Wm. Davenport (State Bar No. 159432)
2  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
3  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5  Email:  mko@manningllp.com; amp@manningllp.com

6  ESTHER P. HOLM, Esq. (State Bar No. 140279)
   I. JUSTINE GRUBB, Esq. (State Bar 254183)
7  LEWIS BRISBOIS BISGAARD & SMITH LLP
   650 Town Center Drive, Suite 1400
8  Costa Mesa, California 92626
   Telephone: 714.545.9200
9  Facsimile: 714.850.1030
   Email:  Esther.Holm@lewisbrisbois.com; Justine.Grubb@lewisbrisbois.com
10
   Attorneys for Defendants, THE CITY OF
11 GARDENA (erroneously named as two
   separate parties CITY OF GARDENA and
12 GARDENA POLICE DEPARTMENT);
   CHIEF EDWARD MEDRANO; SGT.
13 CHRISTOPHER CALVIN CUFF;
   CHRISTOPHER ANTHONY MENDEZ;
14 CHRISTOPHER ANDREW
   SANDERSON; MATTHEW STEVEN-
15 FONG TODA
16

17                **UNITED STATES DISTRICT COURT**

18       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

19

| 20 | EUTIQUIO ACEVEDO MENDEZ, *et al.*, | Case No.:CV 13-09042 SVW (AJWx) |
|---|---|---|
| 21 | Plaintiffs, | **NOTICE OF APPEAL** |
| 22 | v. | Ctrm:        6 |
| 23 | THE CITY OF GARDENA, *et al.*, | |
| 24 | Defendants. | |
| 25 | | |
| 26 | AND RELATED CROSS-ACTIONS. | |
| 27 | | |
| 28 | | |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**

2  **RECORD:**

3      Notice is hereby given that Defendants, CITY OF GARDENA (erroneously

4  named as two separate parties CITY OF GARDENA and GARDENA POLICE

5  DEPARTMENT); CHIEF EDWARD MEDRANO; SGT. CHRISTOPHER

6  CALVIN CUFF; CHRISTOPHER ANTHONY MENDEZ; CHRISTOPHER

7  ANDREW SANDERSON; MATTHEW STEVEN-FONG TODA (collectively

8  "CITY OF GARDENA") hereby appeal the post-judgment order granting

9  intervenors' motion to intervene and unseal confidential information  (entered on

10  July 14, 2015).

11

12  DATED:  July 14, 2015          **MANNING & KASS**

13                                **ELLROD, RAMIREZ, TRESTER LLP**

14                                By:  ___*/s/ Mildred K. O'Linn*_____.

15                                     Mildred K. O'Linn

16

17  DATED:   July 14, 2015         **LEWIS BRISBOIS BISGAARD & SMITH**

18                                By:  ___*/s/ Esther P. Holm*_____.

19                                     Esther P. Holm

20                                Attorneys for Defendants, THE CITY OF

21                                GARDENA (erroneously named as two separate
                                  parties CITY OF GARDENA and GARDENA

22                                POLICE DEPARTMENT);

23                                CHIEF EDWARD MEDRANO; SGT.
                                  CHRISTOPHER CALVIN CUFF;

24                                CHRISTOPHER ANTHONY MENDEZ;

25                                CHRISTOPHER ANDREW SANDERSON;
                                  MATTHEW STEVEN-FONG TODA

26

27

28