# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-09042-SVW-AJW | Date | July 13, 2015 |
|---|---|---|---|
| Title | Eutiquio Acevedo Mendez et al v. The City of Gardena et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz/Connie Lee | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Richard S. Paz<br>Mark R. Pachowicz | Rochelle Wilcox (Intervener)<br>Mildred K. O'Linn<br>Ingrid Justine Grubb<br>Scott W. Davenport |
| Attorneys Present for Cross Defendants:<br>Lindy F. Bradley | Eugene Ramirez |

**Proceedings:**   [248] MOTION TO INTERVENE FOR LIMITED PURPOSE OF REQUESTING ORDER UNSEALING SUMMARY JUDGMENT VIDEO EXHIBITS filed by Movants Bloomberg LP, Los Angeles Times Communications LLC, The Associated Press

Hearing held. The motion is submitted and the Court's order will issue.

|  | : | 18 |
|---|---|---|
| | Initials of Preparer | PMC/CL |